| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card...<br><br>Diana Mey<br>14 Applewood Drive<br>Wheeling, WV 26003<br>5-24-cv-211 doc 3 11/05/2024<br><br>9590 9402 7663 2122 1741 33<br><br>2. Article Number (Transfer from...)<br>7022 3330 0001 9666 2839 | A. Signature<br>X _____ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>D. MEY   11-7<br>D. Is delivery address different from item 1? ☐ Yes ☒ No<br><br>FILED<br>NOV 13 2024<br>U.S. DISTRICT COURT - WVND<br>WHEELING, WV 26003<br><br>3. Service Type<br>☐ Adult Signature          ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☒ Certified Mail®          ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery       ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail Restricted Delivery (over $500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt