**RECEIVED**

DEC 1 0 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Diana Mey
14 Applewood Drive
Wheeling WV 26003
diana_mey@comcast.net

December 5, 2024

Clerk of the Court NDWV
1125 Chapline Street - Suite 3000
Wheeling WV 26003

RE: Mey v. Racquet War LLC et al Case No. 5:24-cv-211

Please file the enclosed executed *Waiver of the Service of Summons* in the above titled action for the Defendant Racquet War LLC which I personally received on December 4, 2024.

Sincerely,

*Diana Mey*

Diana Mey

Enclosure