

Diana Mey
14 Applewood Drive
Wheeling WV 26003

PITTSBURGH PA  150

5 DEC 2024  PM 2  L



**RECEIVED**

DEC 10 2024

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Clerk of the Court NDWV
1125 Chapline St. - Suite 3000
Wheeling W. Va. 26003

26003-298050