IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY,

    Plaintiff,

v.                                  Civil Action No. 5-24-cv-211

RACQUET WAR LLC, a Tennessee
Limited Liability Company d/b/a Paddle War; and
SONGWHALE LLC, a Minnesota
Limited Liability Company,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Diana Mey and Defendant Songwhale LLC ("Songwhale") hereby stipulate and agree that Plaintiff's claims against Songwhale be dismissed with prejudice, each party to bear its own costs and fees.

Plaintiff wishes to emphasize that its claims against Racquet War LLC shall remain pending.

**Respectfully submitted and Agreed to by:**

| | |
|---|---|
| s/s Diana Mey | /s/ Jon Greenlee |
| Diana Mey | Jon Greenlee |
| 14 Applewood Drive | 2186 Mailand Road E. |
| Wheeling WV  26003 | St. Paul, MN 55199 |
| 304-280-1607 | 612-597-5657 |
| dana_mey@comcast.net | jon@songwhale.com |
| | |
| *Plaintiff Pro Se* | *Registered Agent, Songwhale LLC* |

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

DIANA MEY,

    Plaintiff,

v.                                           Civil Action No. 5-24-cv-211

RACQUET WAR LLC, a Tennessee
Limited Liability Company d/b/a Paddle War; and
SONGWHALE LLC, a Minnesota
Limited Liability Company,

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on December 23, 2024, a true copy of the foregoing document was served on all parties of record via prepaid envelop and deposited with the US Postal Service.

                                          /s/ Diana Mey
                                          Diana Mey, Plaintiff Pro Se