FILED
JAN 14 2025
U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

DIANA MEY,

    Plaintiff,

v.                                      Civil Action No. 5-24-cv-211

RACQUET WAR LLC, a Tennessee
Limited Liability Company d/b/a Paddle War; and
SONGWHALE LLC, a Minnesota
Limited Liability Company,

    Defendants

## NOTICE OF SETTLEMENT IN PRINCIPLE

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. The parties are in the process of preparing and finalizing the Settlement Agreement and Notice of Dismissal. The parties intend to file the Notice of Dismissal as soon as practicable, but respectfully request that the parties be given 45 days to file said Notice and that any filing deadlines be stayed until the Notice of Dismissal is completed and filed.

**Respectfully submitted and**

**Agreed to on January 6, 2025 by:**

| | |
|---|---|
| /s/ Diana Mey | /s/ Oakley Foy |
| Diana Mey | Oakley Foy |
| 14 Applewood Drive | 8704 Debbie Kay Lane |
| Wheeling WV 26003 | Cordova TN 38018 |
| 304-280-1607 | 901-359-3035 |
| dana_mey@comcast.net | ofoy@att.net |
| *Plaintiff Pro Se* | *Registered Agent, Racquet War LLC* |