Diana Mey
1760 Morelos Road
Lady Lake FL  32159
diana_mey@comcast.net

January 6, 2025

Clerk of the Court NDWV
1125 Chapline Street  - Suite 3000
Wheeling WV  26003

RE:  Mey v. Racquet War LLC et al Case No. 5:24-cv-211

Please find enclosed for filing on the docket the enclosed joint *Notice of Settlement in Principle* in the above titled action.

Sincerely,


Diana Mey

Enclosure