MEy
1760 Morelus Rd
Lady Lake FL 32159

ORLANDO FL 328

6 JAN 2025 PM 5 L



**RECEIVED**

JAN 14 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

Clerk of the Court NDWV
1125 Chapline St - Ste 3000
Wheeling W.Va. 26003

26003-298050